FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

EdMONSON - 36515
(Last Name)  (Identification Number)

KeNNY    F.
(First Name)    (Middle Name)

Raymond Detention Center
(Institution)

Pod: A-2  Cell: 5178, 1450 County Farm Rd.
(Address)

RayMONd, MS 39154
(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC - 8 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

William H. v. Barbour, Jr. U.S.A.,
Giles Wood Bond, Robert A. Kay, The U.S. Postal Service
Charlie Forman, Malcolm McMillan, Hinds County Board of Supervisors
Bobby DeLaughter, Alfred G. Nichols, Jr.
BellSouth mobility (Now Cingular Wireless)
And other UNKNOWNS to Plaintiff
(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 3-06cv693-TSL-JCS
(to be completed by the Court)

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?  Yes (X)  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

   1. Parties to the action: Paul Orin Johnson, et al.

   2. Court (if federal court, name the district; if state court, name the county): U.S. District Court, at Springfield, Missouri

   3. Docket Number: UNKNOWN

   4. Name of judge to whom case was assigned: _____

1

There are other lawsuites but I do Not have that information on hand at the present time I am imprisoned!

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Appealed to the Eight Circuit Court of Appeals

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Kenny F. Edmonson    Prisoner Number: 36515
Address: Pod: A-2 Cell: 5178, 1450 County Farm Road, Raymond, MS 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: William H. Barbour, Jr.    is employed as U.S. District Court Judge at James O. Eastland Federal Building, 245 E. Capitol Street, Jackson, MS 39154

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Kenny F. Edmonson - 36515
ADDRESS: Pod: A-2 - Cell: 5178 - 1450 County Farm Rd., Raymond, MS 39154

DEFENDANT(S):

| NAME | ADDRESS |
|---|---|
| William H. Barbour, Jr. | 245 E. Capitol Street, Jackson, MS 39201 |
| U.S.A./U.S. Attorney General | Washington, D.C. |
| Giles Wood Bond, Jr. | Jackson, MS 39201 |
| Robert A. Kay, The U.S. Postal Service | South Street Medgar W. Evers Post Office, Jackson, MS |
| Charlie Forman, Malcolm Millian both | 407 East Pascagoola St., Jackson, MS 39201 |
| Hinds County Board of Supervisors | 407 E. Pascagoola Street, Jackson, MS 39201 |
| Bobby De Laughter | 407 E. Pascagoola Street, Jackson, MS 39201 |
| Alfred G. Nichols, Jr. | 245 E. Capitol Street, Jackson, MS 39201 |
| BellSouth Mobility (Now Cingular Wireless) | Atlanta, GA |
| AND other UNKNOWNS to Plaintiff | UNKNOWN |

2

# EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

    Yes ( )   No (X)

B. Are you presently incarcerated for a parole or probation violation?

    Yes ( )   No (X)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

    Yes ( )   No (X)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

    Yes ( )   No (X)

E. If you are an inmate of MDOC, have you <u>completed</u> the Administrative Remedy Program regarding the claims presented in this complaint?

    Yes ( )   No ( )   Not applicable to me.

If your answer to E is yes:

1. State the date you submitted your grievance: N/A
2. State the date of your first step response and attach a copy: N/A
3. State the date you submitted a step 2 grievance: N/A
4. State the date of your 2 step response and attach a copy: N/A
5. State the date you submitted a step 3 grievance: N/A
6. State the date of your 3 step response and attach a copy: N/A
7. State the date you received a Certificate of completion from the Administrative Remedy Program and attach a copy of this Certificate. N/A
8. Explain the failure, if any, to attach the Certificate from the Administrative Remedy Program. N/A

3

If your answer to E is no:

State the reasons why you have not completed the Administrative Remedy Program prior to filing this complaint. __N/A__

_____N/A_____

F. If you are <u>not</u> an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

   Yes ( )   No ( )   If no, explain why: __Not Applicable__

2. State how your claims were presented (written request, verbal request, request for forms): _____

3. State the date your claims were presented: __N/A__

4. State the result of the procedure: __N/A__

*Attach copies of any supporting documentation regarding your grievances.

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Defendant and Conspirator BellSouth Mobility (Now Cingular Wireless) Form the Conspiracy on or about 10-20-2000 with its employess and others unknown Names to plaintiff to Falsely imprison plaintiff For injury Malicious intention to deprive him of his Civil Rights and to damage his business, by contacting and instructing its employee William "Bill" Reed, of Covington, LA to contact Robert A. Kay, a So-called U.S. Postal Inspector, to willfully join into an unlawful agreement to Form a So-called "Control Delivery" of one or more Cellular telephones by using the U.S. Mail to Further their Conspiracy to deprive plaintiff of Certain Civil Rights to Go to the U.S. Postal Service office at South Street, Jackson, MS.

4

Continued on Next Page Please

(1) to pickup two or more packages that was Forward by Bellsouth Mobility (now Cingular Wireless) and Robert A. Kay, became a wilful Co-Conspirator to Falsely imprison plaintiff for a charge of "Access Device Fraud" which they knew to be False, and also to cause false information, documents to be presented to a U.S. Grand Jury for no lawful purposes, and to damage/injury to plaintiff Motel Business, but not limited.

(2) Defendant/Co-Conspirator Robert A. Kay. So-Called Postal Inspector recruited Giles Wood Bond, Jr. an Assistant U.S. Attorney and Charlie Forman, a So-Called Investigator with the Hinds County Sheriff Dept. at Jackson, MS in furtherance of the conspiracy to Falsely imprison plaintiff, when he knew the So-Called Access Device Fraud charge was False and misleading and that he use his Employment, Training, Skill, Qualification his Special Agreement with the Court to wilfully deprive me of certain Civil Rights and damaging/injury to his business/Motel ownership, but not limited to, this took place on or about 01-20- ongoing.

(3) Defendant/Co-Conspirator Giles Wood Bond, Jr. an Assistant U.S. Attorney use his Employment, Training, Skill, Classification, his Membership in the Mississippi Bar Association and as a official of the Court did wilfull joined into an ongoing Conspiracy to Falsely imprison plaintiff on Access Device Fraud which he knew to be False and then in turn cause these False documents and information to be presented to a Federal Grand Jury. Bond had the authority to aide plaintiff, in putting a stop to this conspiracy but refuse to do so, and to assist the other Co-Conspirators in depriving plaintiff of certain Civil Rights to damage/injury his Motel Business, but not limited to, this took place from 01-20- ongoing.

(4) Defendant-Co-Conspirator Charlie Forman-So-called investigator wilfully joines in an ongoing conspiracy as a pupit of Robert A. Kay, and the U.S. Postal Inspection Service to falsey imprison plaintiff on false state charges and recruiting Bobby DeLaughter-Hinds County Judge as a wilful Co-conspirator to get an "excessive Bond" to keep plaintiff imprisoned with no plan to prosecute this case in state court and to give the U.S. Postal Inspection Service/Robert A. Kay, an tactiul advantage over plaintiff in pursuant to deprive plaintiff of certain civil Rights damage/injury to plaintiff's Motel Business, but not limited to. Defendant use his Employment, Training, Skill, Classification, Qualification, but not limited to as a special tool to deprive plaintiff of his civil rights and injury to his businesses, this took place on or about 01-20- Still on going to date.

(5) Bobby DeLaughter, Defendant/Co-Co-conspirator wilfully joined an ongoing conspiracy using his Employment as a Hinds County Judge to get the plaintiff into court without the present of an attorney some three weeks later after plaintiff's being imprisoned without benefit of an "First Appearence" when plaintiff file a written complaint to the officials of Raymond Detention Center he was brought before Judge DeLaughter without benifit of an attorney and force to sign a wavier. Also the defendant conspired with Charlie Forman, to set "Excessive Bail" and to injury plaintiff in his motel businesses, but not limited to. This took place starting on or about May 18, 2000 to the present time "ONGOING", and his Membership with the Mississippi Bar to violate my civil rights. This took place around or about 01-20- still ongoing.

(6) Defendant-Co-Conspirator Alfred G. Nichols, U.S. Magistrate Judge had the power and authority to render aide to plaintiff but fail to so, and use his employment, training, skill, qualification, classification, his membership with the Mississippi Bar and his Magistrate Judgeship to deprive plaintiff of his civil rights and to injury in his motel businesses i.e.

(7) William H. Barbour, Jr. Defendant Wilfully became a Co-Conspirator to imprison, try and falsely convict plaintiff for access device fraud when in fact he knew or should have known that even a first grade student could see within the Co-Conspiracy that the plaintiff had not broken any laws and that the U.S. Postal Inspection Service in fact violated the law by entering into an unlawful agreement to use the Mail Falsely with (Bellsouth Mobility now Cingle Wireless) over another person and company by giving them special favors, treatment, but not limited to and using "RACE" as the key figure. Barbour had the method, authority to aide plaintiff but refuse to do so, and as a matter of facts and the law he knew or should have known that Access Device Fraud was not included by both houses of Congress and the U.S. Supreme Court cases clearly pointing out that said USCA 1029 does not apply to cellular phones as being access device fraud as a matter of statutes and law. Barbour use his employment, training, skill, qualifications, presidental appointment as a U.S. District Court Judge to deprive plaintiff of certain civil rights, by an unconstitutional act to convict plaintiff and to injury his motel businesses, but not limited to. Also Defendant use his membership with the Mississippi Bar as a special "Tool" in furtherance of the Conspiracy to violate plaintiff's Civil Rights, but not limited to. These events took place from 01-20- and still is an ongoing conspiracy. Barbour also turn a deaf ear to my plea of Justice.

(8) Defendant Co-Conspirator The United States of America/The U.S. Attorney General Failure to adequately supervise its employees and to protect Plaintiff's Civil Rights, date of event from 01-20- still ongoing.

(9) Defendant - Co-Conspirator Failure to adequately supervise it employees with The U.S. Postal Inspection Service and to protect plaintiff's civil rights. Date of this event took place 01-20- still ongoing.

Pg. 9 (d)
Defendant-Co-Conspirator

(10) Malcolm McMillian- Failure to adequately supervise his employees and to aide and protect plaintiff's Civil Rights from being Falsely imprisoned for an unconstitutional Arrest. This event took place 01-20- Still ongoing.

(11) Defendant-Co-Co-Conspirator Hinds' County Board of Supervisors Failure to adequately supervise its employees and to protect plaintiff's Civil Rights this took place from 01-20- Still on Going

(12) Others unknown to plaintiff Defendants-Co-Conspirators had knowledge of the conspiracy but Fail to aide plaintiff. Failure to protect plaintiff's Civil Rights, but not limited to this took place on or about 01-20 Still ongoing.

All of the defendants-Co-Conspired with each other to wilfully deprive plaintiff of his Civil Rights and Race related to wilfully injury plaintiff in his Motel Businesses. This event started around or about 01-20- and is Still ongoing to this date.

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

A JURY TRIAL, Two Hundred Fifty Billion Dollars and No 100.— ($250,000,000.—); I am Requesting that a criminal investigation proform by the Civil Rights' Division of the U.S. Dept. of Justice Criminal Section, and to prosecute all of the Guilty parties to the Fulles Extent of the Law.

Signed this 28 day of November, 20 06.

*[signature]* - 36515
Pod: A-2 - Cell: 5178
1450 County Farm Road, Raymond, MS 39154

Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

11-28-2006
(Date)

*[signature]*
Signature of plaintiff

5